# EXHIBIT B



Campus Products and Services
P.O. Box 7060
Utica, NY 13504-7060
(800) 826-4470

Statement of Accounts
and Payment Notice
for accounts from

ILLINOIS WESLEYAN INST LN

**ACCOUNT NUMBER:** ███████7982-00

**THIS STATEMENT REFLECTS ACTIVITY THROUGH:** 09/30/16

### ACCOUNT SUMMARY INFORMATION

| | | TOTAL |
|---|---|---|
| RECORD NUMBER | 50014-00 | |
| ACCT. TYPE | INST | |
| REPAYMENT FREQUENCY | MONTHLY | |
| ANNUAL PERCENTAGE RATE | 9.0% | |
| ORIGINAL AMOUNT | 830.00 | 830.00 |
| TOTAL PRINCIPAL PAID | 0.00 | 0.00 |
| TOTAL PRINCIPAL CANCELLED | 0.00 | 0.00 |
| PRINCIPAL BALANCE | 830.00 | 830.00 |
| TOTAL INTEREST PAID | 0.00 | 0.00 |
| TOTAL OTHER CHARGES PAID | 0.00 | 0.00 |
| LAST PAYMENT DEPOSITED | | |
| DATE | | |
| AMOUNT | 0.00 | |
| TO PAY IN FULL REMIT WITHIN 15 DAYS | 2,169.45 | 2,169.45 |
| PAYMENT DUE DATE | DUE NOW | |

### INSTALLMENTS CURRENTLY DUE AND PAYABLE

| | | |
|---|---|---|
| CURRENT DUE PRINCIPAL | 0.00 | 0.00 |
| CURRENT DUE INTEREST | 6.23 | 6.23 |
| PAST DUE PRINCIPAL | 830.00 | 830.00 |
| PAST DUE INTEREST | 1,333.22 | 1,333.22 |
| OTHER CHARGES DUE | 0.00 | 0.00 |
| TOTAL AMOUNT DUE | 2,169.45 | 2,169.45 |

**PLEASE PAY THIS AMOUNT**

A RECOMMENDATION MAY BE MADE FOR ACTION BY A COLLECTION AGENCY. AVOID THIS BY BRINGING YOUR ACCOUNT CURRENT. ACT NOW.

--- DETACH HERE AND RETURN LOWER PORTION WITH YOUR PAYMENT ---

Please see reverse side for Payment Application Information and Legend

Address change? Check box and write your new address on back.

RBDF01/08787   SG 1   P B.1

| ACTIVITY THROUGH | TOTAL AMOUNT DUE |
|---|---|
| 09/30/16 | 2,169.45 |

Campus Products and Services
P.O. Box 7060
Utica, NY 13504-7060
(800) 826-4470

**ACCOUNT NUMBER:** ███████7982-00

008787

D50014-00 STEI
LINDA S STEIL
████████████████

**MAKE CHECK PAYABLE AND SEND TO:**
ILLINOIS WESLEYAN INST LN
C/O ACS
P O BOX 3295
MILWAUKEE, WI 53201-3295

| DATE PAID | AMOUNT PAID |
|---|---|
| | |

**IMPORTANT REMINDERS**
Include coupon. Make sure address appears through return envelope window.
Do not send cash
Write account number on your check

504        Y13500144J063H79822506002169450O4

This statement reflects activity for accounts outstanding with the institution shown on the reverse side only. Accounts in collection or outstanding from other institutions are not reflected on this statement.

- As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.
- If you dispute credit bureau information about your account(s), contact us at the address shown in the upper left-hand corner of the reverse side of this notice.

## PAYMENT APPLICATION

All payments will be automatically apportioned among your accounts.

- If payment equals the total amount due, it will be applied to the principal, interest and other charges due on each account.
- If the payment is less than the total amount due, it will be applied first to other charges due (actual/contingency/litigation costs, late/penalty charges), next to past due interest and principal and then to current due interest and principal. The amount applied will be prorated according to the amounts due.
- If your payment exceeds the total amount due, the excess will be prorated and applied to the principal balance of each account, larger balances will receive larger applied amounts.
- If your payment exceeds the total amount due, and you wish the excess applied other than as stated above, send your payment and payment instructions to:

P.O. Box 7061
Utica, NY 13504-7061

- Payments received after the due date may be subject to late/penalty charges.

### LEGEND

| Field | Description | Field | Description |
|---|---|---|---|
| Account Number | = Institution Number, Social Security Number, and combined billing indicator. (P or C) | Last Payment deposited: Date | = The date the last payment was received. |
| Record Number | = Institution number and account record indicator. | Amount | = The total amount of the last Payment received. |
| Account Type | = Indicates the program from which the money was received. | To pay in Full Remit within 15 days | = The amount of principal and interest needed to repay each account in full. (Payment must be received within 15 days from the date of this bill.) |
| Repayment Frequency | = The frequency at which bills come due. | | |
| Annual Percentage Rate | = The annual percentage rate applicable to the balance of each account. | Payment Due Date | = The date on which the bill is due. *If your account is past due, the account status will be reflected in this field. |
| Original Amount | = The total original balance from each account. | Current Due Principal | = The amount of principal now due for each account. |
| Total Principal Paid | = The total amount of principal repaid from each account | Current Due Interest | = The amount of interest now due for each account. |
| Total Principal Cancelled | = Total amount of principal cancelled for each account. | Past Due Principal | = The amount of principal past due for each account. |
| Principal Balance | = The total amount of outstanding principal for each account. | Past Due Interest | = The amount of interest past due for each account. |
| Total Interest Paid (Finance Charges) | = The total amount of interest paid for each account. | Other Charges Due | = The amount of late/penalty charges and/or actual/contingency/litigation cost now due for each account. |
| Total Other Charges Paid | = The total amount of late/penalty charges and/or actual/contingency/litigation cost paid for each account. | Total Amount Due | = The total amount of principal interest and other charges due. |

### LOAN REHABILITATION

If you default on your NDSL or Federal Perkins Loan, you may rehabilitate your loan by requesting the rehabilitation and by making an on-time, monthly payment as determined by the loan holder, each month for nine consecutive months. If you successfully rehabilitate your default NDSL or Federal Perkins Loan, you will again be subject to the terms and conditions and qualify for the benefits and privileges of your original promissory note and the default will be removed from your credit history. You can rehabilitate a defaulted NDSL or Federal Perkins Loan only once. Contact your lending institution for additional information.

| ACCOUNT NO. | | | |
|---|---|---|---|
| (MAIDEN) LAST | FIRST | MIDDLE INITIAL | |
| NEW NAME | | | |
| CARE OF | | | |
| STREET | | | |
| CITY | | STATE | ZIP CODE |
| IF FOREIGN CITY, STATE, ZIP LINE MUST BE BLANK | | | |
| FOREIGN CITY | | | |
| HOME PHONE | | BUSINESS PHONE | |